**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Swartz v. Householder,* **Slip Opinion No. 2016-Ohio-5817.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-5817

SWARTZ, APPELLEE, *v.* HOUSEHOLDER ET AL., APPELLANTS.

SHANNON ET AL., APPELLEES, V. HOUSEHOLDER ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Swartz v. Householder,* Slip Opinion No. 2016-Ohio-5817.]**

*Court of appeals' judgments reversed on the authority of* Corban v. Chesapeake Exploration, L.L.C., *and* Walker v. Shondrick-Nau.

(Nos. 2014-1208 and 2014-1209—Submitted August 31, 2016—Decided September 15, 2016.)

APPEALS from the Court of Appeals for Jefferson County, Nos. 13 JE 24 and 13 JE 25, 2014-Ohio-2359.

_____

{¶ 1} The judgments of the court of appeals are reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, ___ Ohio St.3d ___, 2016-Ohio-5796, ___ N.E.3d ___, and *Walker v. Shondrick-Nau*, ___ Ohio St.3d ___, 2016-Ohio-5793, ___ N.E.3d ___.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

_____

Critchfield, Critchfield & Johnston, Ltd., Steven J. Shrock, and Clinton Bailey, for appellees.

Burton Law, L.L.C., and Robert L. Guehl, for appellants.

_____